UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ROBLES,<br><br>             Petitioner,<br><br>   v.<br><br>GEORGE M. GALAZA,<br><br>             Respondent. | 1:02-cv-05329-OWW-TAG HC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION<br>(Doc. 21)<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS<br>(Doc. 1)<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

     Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

     On March 31, 2005, the Magistrate Judge assigned to the case filed a Report and Recommendation recommending that the petition for writ of habeas corpus be DISMISSED because the petition does not allege grounds that would entitle Petitioner to habeas corpus relief.  (Doc. 21). This Report and Recommendation was served on all parties and contained notice that any objections were to be filed within ten days from the date of service of that order.  On April 28, 2005, Petitioner filed objections to the Report and Recommendation.  (Doc. 22).

///

1

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Report and Recommendation is supported by the record and proper analysis.  Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

  1. The Report and Recommendation issued March 31, 2005, (Doc. 21) is ADOPTED IN FULL;

  2. The petition for writ of habeas corpus (Doc. 1) is Dismissed; and

  3. The Clerk of Court is DIRECTED to ENTER JUDGMENT for Respondent and close the file.

IT IS SO ORDERED.

**Dated:   May 19, 2005**              **/s/ Oliver W. Wanger**
emm0d6                                 UNITED STATES DISTRICT JUDGE